IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00066-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    LETA M. McDANIEL,

    Defendant.

---

## ORDER

---

Comes on this day to be considered the Motion of the United States to dismiss Count Two of the Indictment as it pertains to Defendant Leta M. McDaniel. The Defendant has agreed to plead guilty to Count One of the Indictment which charges a violation of Title 18, United States Code, Section 1709, Theft of Mail Matter by Officer or Employee.

Having considered same, the Court finds there are good grounds to grant the motion.

IT IS HEREBY ORDERED that Count Two of the Indictment is hereby DISMISSED as to Defendant Leta M. McDaniel.

So ordered this 28th day of August, 2008 at Denver, CO.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                CHIEF UNITED STATES DISTRICT JUDGE